## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>SALVADOR FRANCO,<br><br>             Defendant. | Case No. 22-cr-01932-RBM<br><br>**I N F O R M A T I O N**<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl) (Felony) |

The United States Attorney charges:

### Count 1

On or about July 26, 2022, within the Southern District of California, defendant, SALVADOR FRANCO, did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

### Count 2

On or about July 26, 2022, within the Southern District of California, defendant, SALVADOR FRANCO, did knowingly and intentionally import a mixture and substance containing a detectable amount of N-

SSAK:mt:8/1/2022

phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 8/1/2022.

RANDY S. GROSSMAN
United States Attorney

SYEDA SARAH AKHTAR
Assistant U.S. Attorney