# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　v.<br>SALVADOR FRANCO,<br>　　　　　Defendant. | Case No. 22-CR-01932-RBM-1<br>**ORDER CONTINUING MOTION HEARING/ TRIAL SETTING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

　　　Good cause having been shown, the Court continues the upcoming Motion Hearing/Trial Setting from September 23, 2022 to October 28, 2022 at 9:00 a.m., and orders time excluded from the date of this order through October 28, 2022, under the Speedy Trial Act.
.

　　**SO ORDERED.**

DATED: 9/22/2022

_____
Ruth Bermudez Montenegro, Judge
United States District Court